PIONEER ACOUSTICAL COMPANY, INC. v. CISNE AND ASSOCIATES, INC.

No. 7426DC1031

(Filed 5 March 1975)

1. **Appeal and Error § 6; Rules of Civil Procedure § 55— setting aside entry of default — interlocutory order — appeal**

   An order setting aside an entry of default pursuant to G.S. 1A-1, Rule 55(d), is interlocutory and is therefore not appealable.

2. **Rules of Civil Procedure § 55— setting aside entry of default — good cause**

   Entry of default may be set aside for good cause shown without findings of excusable neglect and meritorious defense. G.S. 1A-1, Rule 55(d).

APPEAL by plaintiff from *Walker, Judge.* Judgment entered 22 May 1974 in District Court, MECKLENBURG County. Heard in the Court of Appeals 19 February 1975.

*John G. Walker for plaintiff appellant.*

*Alvin A. London and Richard A. Lucey for defendant appellee.*

VAUGHN, Judge.

[1, 2]   Plaintiff has attempted to appeal from an order setting aside an entry by default previously entered under Rule 55(a) of the North Carolina Rules of Civil Procedure. The order entered pursuant to Rule 55(d), setting aside the entry by default, is interlocutory and plaintiff's appeal is premature. *Trust Co. v. Construction Co.*, 24 N.C. App. 131, 210 S.E. 2d 97. Moreover, plaintiff's argument that defendant failed to show excusable neglect and a meritorious defense is irrelevent. Rule 55(d) authorizes the judge to set aside the entry for good cause

shown. The determination is for the trial judge in the exercise of his sound discretion. *Whaley v. Rhodes,* 10 N.C. App. 109, 177 S.E. 2d 735.

Appeal dismissed.

BROCK, Chief Judge, and MARTIN, Judge, concur.